

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

**State of New Jersey**
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

January 29, 2020

MEMO ENDORSED

The Application is granted.

**BY ECF**

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: Jan. 31, 2020

The Honorable Paul G. Gardephe
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Village of Scarsdale v. Internal Revenue Service et al.*, No. 19 Civ. 6654 (PGG);
             *State of New Jersey et al. v. Mnuchin et al.*, No. 19 Civ. 6642 (PGG)

Dear Judge Gardephe:

    This Office represents the State of New Jersey in *State of New Jersey et al. v. Mnuchin*, No. 19 Civ. 6642. I am writing on behalf of all parties in the two above-captioned matters to request an amendment to the briefing schedule in both matters. Over the last two weeks, Plaintiffs have raised questions with Defendants concerning the completeness of the administrative record that was filed on December 20, 2019. Plaintiffs and Defendants have been working collaboratively in an attempt to resolve this issue, and we jointly propose a short extension of the briefing schedule to see if we can resolve the issue without the need for intervention from the Court.

    Plaintiffs' opposition to defendants' motions and plaintiffs' cross-motion for summary judgment is currently due this Friday, January 31, 2020. The parties propose a three-week extension of the filing date for those papers, to February 21, 2020, and a corresponding three-week extension on the subsequent deadlines. As a result, the Government's reply in support of its motions and its opposition to Plaintiffs' cross-motion would be due by March 20, 2020, and Plaintiffs' reply would be due by April 10, 2020. If the parties are not able to resolve their concerns about the administrative record, we would on or before February 21, 2020, submit a letter to the Court setting forth our respective positions and scheduling requests.

    We thank the Court for its consideration of this request.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3232 • FAX: (609) 292-0690
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Respectfully,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY


By: */s/ Glenn J. Moramarco*
Glenn J. Moramarco
Assistant Attorney General