UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VILLAGE OF SCARSDALE, NEW YORK, <br><br> Plaintiff, <br> v. <br> INTERNAL REVENUE SERVICE, et al., <br><br> Defendants. | Civil Action No. 19-cv-06654 (PGG) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, the undersigned counsel, Mireille R. Oldak, respectfully moves the Court for leave to withdraw as counsel for plaintiff Village of Scarsdale in the above-captioned matter. Effective January 1, 2022, the undersigned counsel will no longer be associated with the law firm Baker & McKenzie LLP. Baker & McKenzie LLP remains as counsel for plaintiff Village of Scarsdale, New York in this case. Daniel A. Rosen and George M. Clarke III have previously appeared for plaintiff Village of Scarsdale, New York, and Mr. Rosen remains as lead counsel for plaintiff. As a result, the undersigned counsel's withdrawal can be accomplished in this case without material adverse effect on the interests of the Village of Scarsdale. The Village of Scarsdale was advised of the undersigned counsel's intention to seek withdrawal and does not object. The undersigned counsel is not retaining or charging a lien.

For the foregoing reasons, the undersigned counsel respectfully requests the Court grant her Motion For Leave To Withdraw As Counsel.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 31, 2021 | /s/ Mireille R. Oldak<br>Mireille R. Oldak<br>Baker & McKenzie LLP<br>815 Connecticut Avenue, NW<br>Washington, DC 20006<br>(202) 835-6176<br>mireille.oldak@bakermckenzie.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date, December 31, 2021.

                                                */s/ Mireille R. Oldak*
                                                MIREILLE R. OLDAK

Dated: December 31, 2021