# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

VILLAGE OF SCARSDALE, NEW YORK,

                Plaintiff,                19 **CIVIL** 6654 (PGG)

     -against-                      **JUDGMENT**

INTERNAL REVENUE SERVICE, CHARLES P. RETTIG, in his official capacity as Commissioner of Internal Revenue, UNITED STATES DEPARTMENT OFTHE TREASURY, and STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury,

                Defendants.

------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated March 30, 2024, Defendants' motions to dismiss are granted in part and denied in part as set forth above. Defendants' motions for summary judgment are granted, and Plaintiffs' motions for summary judgment are denied. Judgment is entered for the Defendants and the case is closed.

**Dated:**  New York, New York
           March 30, 2024

                                                **RUBY J. KRAJICK**
                                                  **Clerk of Court**

              **BY:**
                                                    **Deputy Clerk**